**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7366**

---

ROBERT TYRONE MORGAN,

Plaintiff - Appellant,

versus

COMMISSIONER, Maryland Division of Correc-
tions; WARDEN, Baltimore City Detention Cen-
ter; PRISON HEALTH SERVICES, INCORPORATED,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Alexander Harvey, II, Senior District
Judge. (CA-96-1405-H)

---

Submitted: November 7, 1996      Decided: November 20, 1996

---

Before RUSSELL and WIDENER, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Robert Tyrone Morgan, Appellant Pro Se. John Joseph Curran, Jr.,
Attorney General, Glenn William Bell, Amy Kushner Kline, OFFICE
OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Morgan v. Commissioner, No. CA-96-1405-H (D. Md. Aug. 12, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2